UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VASHAWN GREENE, AKA Donald Lee,

                Petitioner,

        -v-

CHRISTOPHER YEHL, Superintendent of Wende Correctional Facility,

                Respondent.

CIVIL ACTION No. 23 Civ. 1596 (AT) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

      On March 3, 2023, the Court directed Respondent to file and serve (1) an answer, motion, or other response to the Petition (the "Response"), and (2) the transcripts and briefs identified in Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts by April 4, 2023 (the "Materials"). (ECF No. 8). A technical error resulted in the docket displaying Respondent's deadline to file and serve the Response and Materials as Wednesday, May 3, 2023. The parties are directed to disregard the Wednesday, May 3, 2023 deadline.

      The deadline for Respondent to file and serve the Response and Materials remains **Tuesday, April 4, 2023**. Petitioner may file and serve any reply papers **within thirty days** from the date Petitioner is served with the Response.

Date:   March 8, 2023  
          New York, New York

SO ORDERED.

*[signature]*

**SARAH L. CAVE**  
**United States Magistrate Judge**