USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/2025

# CENTER FOR APPELLATE LITIGATION
120 WALL STREET – 28TH FLOOR, NEW YORK, NY 10005 TEL. (212)

JENAY NURSE GUILFORD

May 9, 2025

DIRECTOR OF STAFF &
SUPERVISING ATTORNEY
bwiener@cfal.org
extension 538

VIA ECF
Hon. Analisa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Vashawn Greene, AKA Donald Lee v. Christopher Yehl*
23-CV-01596 (AT) (SLC)

Your Honor:

I am the Director of Staff and a Supervising Attorney at the Center for Appellate Litigation, attorney for the petitioner, Vashawn Greene, a.k.a. Donald Lee, in the above-referenced matter. The Hon. Sarah L. Cave issued a Report and Recommendation in this matter on May 7, 2025. I write to respectfully request an extension from May 21, 2025 to June 4, 2025 to file objections to the Report and Recommendation. If this request is granted, we additionally request that the Respondent's deadline to respond be extended until July 2, 2025.

Counsel for the Respondent does not object to this request. This request is necessary so that I can have adequate time to prepare my submission. Elizabeth Caldwell, the attorney who originally represented Mr. Greene, has since left our office, and I am filling in. Additionally, my client is incarcerated, and I need additional time to communicate adequately with him, given delays in communication. Petitioner has made no previous requests for an extension of time.

GRANTED.

SO ORDERED.

Dated: May 12, 2025
New York, New York

ANALISA TORRES
United States District Judge