**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
Vashawn Greene, AKA Donald Lee,

                            Petitioner,                    23 **CIVIL** 1596 (AT)(SLC)

       -against-                                   **JUDGMENT**

Christopher Yehl, Superintendent of Wende
Correctional Facility,

                           Respondent.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated June 2, 2026, the Court has reviewed *de novo* those portions of the R&R to which Lee properly objects and has reviewed the remainder of the R&R for clear error. The Court has OVERRULED Lee's objections, the R&R is ADOPTED in its entirety, with the clarifications stated in the order, and has DENIED the petition. Lee's request for a COA is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      June 3, 2026

                                        **TAMMI M. HELLWIG**

                                  _____
                                      **Clerk of Court**

             **BY:**           K. mango

                                    _____
                                      **Deputy Clerk**